■ ZEUS COMPONENTS, INC., et al., Appellants, v GEORGE P. LESSIS et al., Respondents.—Order, Supreme Court, New York County (Elliot Wilk, J.), entered on March 28, 1985, unanimously affirmed for the reasons stated by Elliot Wilk, J., at Special Term. Respondents shall recover of appellants $75

costs and disbursements of this appeal. Concur—Murphy, P. J., Sandler, Asch, Bloom and Ellerin, JJ.